UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER MORA,

    Plaintiff,

v.                                                  Case No: 8:18-cv-335-T-30JSS

VISIONWORKS OF AMERICA, INC.,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon Defendant's Unopposed Motion to Seal (Dkt. 40) and Defendants' Supplemental Local Rule 3.01(g) Certification (Dkt. 42). Defendant filed an Unopposed Motion to Seal documents attached to Plaintiff's motion for class certification before Plaintiff filed the motion and based on what Plaintiff told Defendant she intended to file. Three days later, Plaintiff filed her motion for class certification (Dkt. 41) and Defendant filed a supplemental 3.01(g) certification (Dkt. 42). Curiously, the supplement to the *unopposed* motion states that the parties "have resolved all issues subject to the motion to seal, except for the treatment of the Expert Report and exhibits of Dr. Timothy Snail." Dkt. 42, p. 1.

The Court denies the Motion without prejudice as premature. To the extent that Plaintiff or Defendant wishes to seal any documents attached to Plaintiff's motion for class certification, either may move to do so now that Plaintiff has filed her motion. Though the Motion to Seal was unopposed when filed, it is now unclear if the parties disagree about

whether the Court should seal the referenced Expert Report and exhibits. Any forthcoming motion should clarify this issue and include a Rule 3.01(g) certification.

Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. Defendant's Motion (Dkt. 40) is DENIED without prejudice.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of December, 2018.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record